**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| **THIS DOCUMENT RELATES TO:** | |
| Stanley B. & Donna B. Latty | Case No. 1:15-cv-11875 |
| v. | |
| AbbVie Inc., et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, only against Defendants, Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc.; Actavis, Inc. (n/k/a Allergan Finance, LLC); Actavis Laboratories UT, Inc.; Actavis Pharma, Inc.; and Anda, Inc., pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to pursue their action against them.

*/s/Stephen G. Lowry*
Stephen G. Lowry
HARRIS LOWRY MANTON LLP
410 E. Broughton St.
Savannah, GA 31401
Phone: (912) 651-9967
Email: steve@hlmlawfirm.com
*Counsel for Plaintiffs*

*/s/ Christopher Boisvert*
Christopher Boisvert
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Phone: (215) 994-2312
Email: chip.boisvert@dechert.com
*Counsel for AbbVie, Inc.; Abbott Laboratories; & AbbVie Products LLC*

/s/Andrew K. Solow
Andrew K. Solow
Arnold Porter LLP
250 West 55th Street
New York, NY 10022
(212) 836-7740
Email: Andrew.Solow@arnoldporter.com
*Counsel for Endo Pharmaceuticals Inc.;*
*& Auxilium Pharmaceuticals, LLC*
*(f/k/a Auxilium Pharmaceuticals, Inc.)*


/s/ *K.C. Green*
Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Email: kcgreen@ulmer.com
*Counsel for Defendants Actavis*
*Pharma, Inc.; Actavis Laboratories*
*UT, Inc.; Actavis, Inc. (n/k/a Allergan*
*Finance, LLC); and Anda, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Andrew Solow*